UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter No. 13
JOSEPH J. SAMMONS :
: Bk. No. 07-16122 ELF
Debtor :

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 6th day of April, 2010, upon Motion of **US BANK HOME MORTGAGE** (Movant), and after Notice of Default and the filing of a Certification of Default, it is

**ORDERED AND DECREED THAT:** The Automatic stay of all proceedings, as provided by 11 U.S.C. 362 is modified with respect to premises, **529 WEST PINE AVENUE, WILDWOOD, NJ 08260,** as more fully set forth in the legal description attached to said mortgage, as to allow the Movant to foreclose on its mortgage or take any legal or consensual action enforcement of its right to possession of, or title to, said premises (such actions may include but are not limited to the signing of a deed in lieu of foreclosure or entering into a loan modification agreement) and to allow the purchaser of said premises at Sheriff's Sale (or purchaser's assignee) to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises; and it is further;

**ORDERED AND DECREED THAT:** Rule 4001(a)(3) is not applicable and **US BANK HOME MORTGAGE** may immediately enforce and implement this Order granting Relief from the Automatic Stay.

By the Court:

_____
ERIC L. FRANK, BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)   JOSEPH J. SAMMONS
111 S. INDEPENDENCE MALL, SUITE 583    9915 ACADEMY ROAD, APT A-19
PHILADELPHIA, PA 19106                 PHILADELPHIA, PA 19114

ZACHARY PERLICK, ESQUIRE               UNITED STATES TRUSTEE
42 SOUTH 15TH STREET, SUITE 1113       833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19102                 PHILADELPHIA, PA 19107